IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>counsel: Dan Stripling<br>counsel: | Judge : Bill Wilson<br>Reporter: C. Newburg<br>Clerk: M. Johnson<br>Interpreter: |
| vs | USPO: K. Lawson |
| DERRICK WAYNE WALKER<br>counsel: Bruce Eddy<br>counsel: | Date: May 29, 2007 |

CASE NO: 4:96CR0048-01-WRW

### COURT PROCEEDING: Supervised Release Revocation Hearing

Begin: 9:35 a.m.                                End: 10:20 a.m.

Court calls case and reviews to present; deft denies violation allegations; Gov't presents evidence; Deft presents no evidence; statements made by deft's counsel; deft and Gov't; Court finds violation occurred; sentence imposed; 24 MONTHS BOP; 12 months supervised release to follow; $14,310.21 restitution; deft remanded into custody of U.S. Marshal..

Gov't Exhibit 1 received 5/29/2007 (scanned and original returned to AUSA)

Amended J&C to be entered.

Court in recess.

**JUDGMENT AND COMMITMENT ORDER**
IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
ELEVENTH-WEST JUDICIAL DISTRICT FIRST DIVISION

On **February 15, 2005** the Defendant appeared before the Court, was advised of the nature of the charge(s), of constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing. The Court made the following findings:

| | |
|---|---|
| DEFENDANTS FULL NAME: | **DERRICK WALKER**   CR-2003-1200-1 |
| DATE OF BIRTH: | **08/09/1971** |
| RACE: | **BLACK** |
| SEX: | **MALE** |
| SID #: | **3198975** |
| DEFENDANT'S ATTORNEY: | **TIMOTHY W BUNCH** |
| PROSECUTING ATTORNEY OR DEPUTY: | **RIK RAMSEY** |

Defendant was represented by _____ private counsel _____ appointed counsel
  **XX** public defender _____ himself/herself

Defendant made a voluntary, knowing and intelligent waiver of the right to counsel: ___ Yes ___ No

There being no legal cause shown by the defendant, as requested, why judgment should not be pronounced, a judgment of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A. D. O. C.) for the term specified on each offense shown below:

TOTAL NUMBER OF COUNTS: **THREE (3)**

---

Offense # 1: **REDUCED**                        Docket #: CR- 2003-1200-1
                                                 Arrest Tracking #: 4181984

A.C.A. # of Offense: **05-12-102**
Name of Offense: **ROBBERY**
Seriousness Level of Offense: **7**
Criminal History Score: **0**
Presumptive Sentence: **PEN 42/RCF/AS**
Sentence is a departure from the sentencing grid. **XX** Yes _____ No.
Offense is a **XX** felony _____ misdemeanor.
Classification of offense: ___ A **XX** B ___ C ___ D ___ U ___ Y
Sentence Imposed: **120** months. **TO RUN CONCURRENT**
Suspended imposition of sentence: _____ months.
Defendant was sentenced as an Habitual Offender und A.C.A. 5-4-501, Subsection ___ (A) ___ (B) ___ (C) ___ (D)
Sentence was enhanced by A.C.A.
Defendant _____ attempted _____ solicited _____ conspired to commit the offense.
Offense date: **12/10/2003**
Number of counts: **ONE (1)**
Defendant was on _____ probation _____ parole at time of conviction.
Commitment of this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence.
_____ Yes _____ No.
Victim of the offense was _____ under **XX** over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
  **XX** negotiated plea of guilty
  _____ plea directly to the court of guilty or nolo contendere.
Defendant:
  _____ entered a plea as shown above and was sentenced by a jury.
  _____ was found guilty of said charge(s) by the court, and sentenced by ___ the court ___ a jury.
  _____ was found guilty at a jury trial, and sentenced by ___ the court ___ a jury.

**GOVERNMENT EXHIBIT #1**

**FILED FEB 22 2005**

166/693

A TRUE COPY, I CERTIFY
ANNETTE P. BRANCH, Clerk

JEANETTE HENCE
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS    Page 1 of 4

Offense # 2:                                                                                             Docket #: CR-2003-1200-1
                                                                                                         Arrest Tracking #:  4181984

A.C.A. # of Offense:                        05-54-129
Name of Offense:                            **FLEEING**
Seriousness Level of Offense:               3
Criminal History Score:                     0
Presumptive Sentence:                       AS
Sentence is a departure from the sentencing grid. **XX** Yes ____ No.
Offense is a **XX** felony ____ misdemeanor.
Classification of offense: ____ A ____ B ____ C **XX** D ____ U ____ Y
Sentence Imposed: **36** months. **TO RUN CONCURRENT**
Suspended imposition of sentence:_____ months.
Defendant was sentenced as an Habitual Offender und A.C.A. 5-4-501, Subsection ___ (A) ___ (B) ___ (C) ___ (D)
Sentence was enhanced by A.C.A.
Defendant_____ attempted _____ solicited _____ conspired to commit the offense.
Offense date:                               12/10/2003
Number of counts:                           ONE (1)
Defendant was on _____ probation _____ parole at time of conviction.
Commitment of this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence.
_____ Yes _____ No.
Victim of the offense was _____ under **XX** over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
           **XX** negotiated plea of guilty
           _____ plea directly to the court of guilty or nolo contendere.
Defendant:
           _____ entered a plea as shown above and was sentenced by a jury.
           _____ was found guilty of said charge(s) by the court, and sentenced by ____ the court ____ a jury.
           _____ was found guilty at a jury trial, and sentenced by ____ the court ____ a jury.

Offense # 3:                                                                                             Docket #: CR- 2003-1200-1
                                                                                                         Arrest Tracking #:  4181984

A.C.A. # of Offense:                        05-36-103
Name of Offense:                            **THEFT OF PROPERTY**
Seriousness Level of Offense:               3
Criminal History Score:                     0
Presumptive Sentence:                       AS
Sentence is a departure from the sentencing grid. **XX** Yes ____ No.
Offense is a **XX** felony ____ misdemeanor.
Classification of offense: ____ A ____ B **XX** C ____ D ____ U ____ Y
Sentence Imposed: **60** months. **TO RUN CONCURRENT**
Suspended imposition of sentence:_____ months.
Defendant was sentenced as an Habitual Offender und A.C.A. 5-4-501, Subsection ___ (A) ___ (B) ___ (C) ___ (D)
Sentence was enhanced by A.C.A.
Defendant_____ attempted _____ solicited _____ conspired to commit the offense.
Offense date:                               12/10/2003
Number of counts:                           ONE (1)
Defendant was on _____ probation _____ parole at time of conviction.
Commitment of this offense is a result of the revocation of Defendant's probation or suspended imposition of sentence.
_____ Yes _____ No.
Victim of the offense was _____ under **XX** over the age of 18 years.
Defendant voluntarily, intelligently, and knowingly entered a
           **XX** negotiated plea of guilty
           _____ plea directly to the court of guilty or nolo contendere.
Defendant:
           _____ entered a plea as shown above and was sentenced by a jury.
           _____ was found guilty of said charge(s) by the court, and sentenced by ____ the court ____ a jury.
           _____ was found guilty at a jury trial, and sentenced by ____ the court ____ a jury.

106/694                                                                                                   Page 2 of 4

Indicate which sentences are to run consecutively:
Death Penalty: _____ Execution Date:
Total time to serve on all offenses listed above: __120__ months.
Time to be served at: __XX__ Department of Correction _____ Regional Punishment Facility.
Jail Time Credit: __432__ days

The Defendant was convicted of a target offense under the Community Punishment Act. The court hereby orders that the Defendant be judicially transferred to the Department of Community Punishment (D.C.P.) _____ Yes _____ No
Failure to meet the criteria or violation of the rules of the D.C.P. could result in transfer to the A.D.O.C.
Fines $ _____                Court Costs $ _____
A judgment of restitution is hereby entered against the Defendant in the amount and terms as shown below:
Amount $_____           ___Due immediately           _____ Installments of :
Payment to be made to:
If multiple beneficiaries, give names and show payment priority:

Defendant is a Sex or Child Offender as defined in A.C.A. 12-12-903, and is ordered to complete the Sex Offender Registration Form:
_____ Yes         _____ No
Defendant is alleged to be a Sexually Violent Predator, and is ordered to undergo an evaluation at a facility designated by the Department of Correction pursuant to A.C.A. 12-12-918: _____ Yes _____ No
Defendant was adjudicated guilty of sex offense, a violent offense, or a repeat offense (as defined in A.C.A. 12-12-1103), and is ordered to have a DNA sample drawn at:
_____ a D.C.P. facility _____ the A.D.O.C. or _____ (other): _____ Yes _____ No.
Defendant was informed of the right to appeal: _____ Yes_____ No.
Appeal Bond: $_____
The County Sheriff is hereby ordered to transport the Defendant to _____ the Arkansas Department of Correction _____ Regional Punishment Facility.

The short report of circumstances attached hereto is approved.

Date: **02/15/05** Circuit Judge: **Berlin C. Jones**   Signature: _[signed]_

I certify this is a true and correct record of this Court.

Date:                                    Circuit Clerk/Deputy:

(SEAL)

Form Revised 4/00

FILED
FEB 2 2 2005
JEANETTE HENCE
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

166/698

Page 3 of 4

| ARKANSAS SENTENCING COMMISSION | DEPARTURE REPORT | |
|---|---|---|
| Offender Name (Last, First, Middle) WALKER, DERRICK | | County # JEFFERSON |
| Name of Judge BERLIN C JONES | Date of Report 2/15/05 | Circuit Court Case # CR-2003-1200-1 |

## REASON FOR DEPARTURE:

Reference should be made to the complete text of departure criteria found at A.C.A.16-90-804(d).
Please Circle Appropriate Number. At least one departure criteria must be designated to be complete.

**A. Mitigating Factors:**
1. Victim played an aggressive role or provoked the incident or was a willing participant.
2. Offender lacked capacity of judgement due to mental or physical impairment.
3. Offender played a minor or passive role in the crime.
4. Offender compensated or made effort to compensate for any damage or injury before detection.
5. Offender was lesser participant showing caution or concern for safety or well-being of victim.
6. Offender acted in response to continuing physical or sexual abuse by victim.
7. Policy on multiple offenses in a single course of conduct in offender's prior criminal history results in a sentence which is excessive for this particular offense.
8. Offender has voluntarily admitted sexual offense and sought treatment before detection.
9. Offender has made effort to provide assistance in investigation or prosecution of another as so indicated by motion by the State. Following circumstances may be weighed in mitigation:
    a. Timeliness of assistance
    b. Nature and extent of assistance
    c. Truthfulness, completeness and demonstrable reliability of information or testimony
10. Other (attach extra sheet if necessary) _____

**B. Aggravating Factors:**
1. Offender's conduct manifested extreme cruelty during commission of current offense.
2. Offender knew victim vulnerable due to extreme youth, advanced age, disability or ill health.
3. Offense was major economic offense established by one of the following criteria:
    a. Multiple victims or incidents; b. Monetary loss substantially greater than typical;
    c. Degree of sophistication or time; d. Misuse of fiduciary duty; e. Other similar conduct
4. Offense was major controlled substance offense if two or more of the following are present:
    a. Three or more separate transactions involve sale, transfer or possession with intent;
    b. Amounts substantially larger than the statutory minimums which define the offense;
    c. Offense involved a high degree of planning or lengthy period or broad geographic area;
    d. Offender occupied a high position in the drug distribution hierarchy;
    e. Offender misused position of trust or status or fiduciary duty to facilitate commission;
    f. Offender has received substantial income or resources from drug trafficking.
5. **(circled)** Offender employed firearm in furtherance or flight unless such use is element of offense.
6. Offense was sexual offense and part of pattern with the same or different victims under eighteen.
7. Policy on multiple offenses in a single course of conduct in offender's prior criminal history results in a sentence that is clearly too lenient.
8. Offense was committed in manner that exposed risk of injury to others.
9. Offense was a violent or sexual offense committed in victim's zone of privacy.
10. Offender attempted to cover offense by intimidation of witnesses, tampering of evidence, or misleading authorities.
11. Offense committed to avoid arrest or effect escape.
12. Offender lacks minimum insurance in a vehicular homicide.
13. Statutory minimum sentence overrides the presumptive sentence.
14. Multiple concurrent sentences being entered at this time require a higher sentence.
15. Sentence is higher as a result of other charges being dropped or merged.
16. Other (attach extra sheet if necessary) _____

Court File

FILED
FEB 22 2005
JEANETTE HENCE
Circuit Clerk
JEFFERSON COUNTY, ARKANSAS

Judge's Signature /s/ Berlin C Jones

166/
696

IN THE CIRCUIT COURT OF JEFFERSON/LINCOLN COUNTY, ARKANSAS

STATE OF ARKANSAS          CASE NO. 03-1200-1                              PLAINTIFF

V. Derrick Walker

                                                                           DEFENDANT

### REPORT OF PLEA NEGOTIATIONS

Now on this day comes the parties, State of Arkansas, by the Office of the Prosecuting Attorney, and the defendant, by his/her attorney, and report the results of their negotiations. Subject to the approval of this Honorable Court, the above-styled case will be disposed of by:  __X__ Plea of Guilty  _____ Plea of Nolo Contendere

| Case No. | Number Cts. | Name of Offense | A.C.A. § of Offense | Class | Punishment Range | Range/Habitual |
|----------|-------------|-----------------|--------------------|-------|------------------|----------------|
| 03-1200  | 1           | Robbery         | 5-12-102           | B/F   | 5-20 y           | Reduced        |
| 03-1200  | 1           | Fleeing         | 5-54-125           | D/F   | up to 6 yrs      |                |
| 03-1200  | 1           | TOP             | 5-36-103           | C/F   | 3-10 yrs         |                |

Recommendation: __X__ ADC  _____ RPF  _____ AS/PROBATION/SUSPENDED SENTENCE
(1) 120  (2) 36  (3) 60  (4) _____  (5) _____  Months/Years  Concurrent/Consecutive

Judgment of Restitution in the amount of $_____ to _____;
$_____ to _____; $_____ to _____

### GRID INFORMATION

|                      | Offense No. 1  | Offense No. 2 | Offense No. 3 | Offense No. 4 |
|----------------------|----------------|---------------|---------------|---------------|
| Seriousness Level    | 7              | 3             | 3             |               |
| Presumptive Sentence | Pen 42/RF48    | AS            | AS            |               |
| Criminal History Score | 0            | 0             | 0             |               |

Departure from Grid: __X__ YES  _____ NO            JAIL TIME CREDIT: _____ NUMBER OF DAYS

| FINE | COURT COSTS | SHERIFF'S FEE | ATTORNEY'S FEE | USER FEE | PROBATION SERVICE FEE | DNA FEE |
|------|-------------|---------------|----------------|----------|-----------------------|---------|
|      |             |               |                |          |                       |         |

Special Provisions: _____ Community Service Work _____ GED _____ Drug Treatment _____ Tour ADC
**ADDITIONAL SPECIAL PROVISIONS:**
_____
_____

MONETARY AMOUNTS TO BE PAID: _____ Prior to Court Entering Order or Accepting Plea
_____ Installments of $_____ per month to the Jefferson Co. Sheriff's Office (in addition to probation service fee) until paid in full.

STEVAN B. DALRYMPLE
PROSECUTING ATTORNEY
BY: _____                                                        DEFENDANT
Date offered: 9-2-4                  FILED FEB 22 2005                     DEFENDANT'S ATTORNEY
Expiration Date: 9-20-4              JEANETTE HENCE                        Date Accepted: 2-8-05
                                     Circuit Clerk
                                     JEFFERSON COUNTY, ARKANSAS

***THIS NEGOTIATED PLEA OFFER AUTOMATICALLY TERMINATES IF THE DEFENDANT IS CHARGED WITH NEW CRIMINAL OFFENSES PRIOR TO ENTRY OF THIS NEGOTIATED PLEA BEFORE THE COURT, OR FOR OTHER GOOD CAUSE. OTHERWISE, THIS OFFER TERMINATES IF NOT SIGNED BY THE DEFENDANT AND FILED WITH THE CIRCUIT COURT CLERK BY EXPIRATION DATE NOTED ABOVE.***

If the defendant is eligible for alternative sentencing and the recommendation is to be placed on probation or suspended sentence, it is necessary that the Department of Community Punishment conduct a pre-probation sentence interview. Please call 850-8950 for an appointment. This form must be signed at the bottom by the probation officer prior to sentencing.

Probation Officer _____    Date _____    Time _____