```
                IN THE UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF ARKANSAS
                          WESTERN DIVISION


UNITED STATES OF AMERICA

     vs                         4:96CR00048-01-WRW

DERRICK WAYNE WALKER
```

### AMENDED AND SUBSTITUTED
### JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

It is further ordered that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a term Of twenty four (24) months on each count to run concurrently. The defendant is to participate in nonresidential abuse treatment and mental health counseling during incarceration. The defendant is to be placed on supervised release for a total of twelve (12) months following incarceration. The remaining portions of the Judgment and Commitment entered in this case on July 24, 1996 remain in full force and effect. The defendant is remanded into the custody of the United States Marshal for designation to a Bureau of Prisons facility.

IT IS SO ORDERED this 25th day of May, 2007.

                                        /s/Wm. R. Wilson, Jr.
                                UNITED STATES DISTRICT JUDGE

supvrl2.wpd