PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 23 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derrick Wayne Walker          Case Number: 4:96CR00048-001 WRW

Name of Sentencing Judicial Officer:   Honorable Stephen M. Reasoner, Chief United States District Judge
                                        Honorable William R. Wilson, Jr., United States District Judge

Offense: Bank robbery, use of a firearm during and in relation to a bank robbery offense

Date of Sentence: July 24, 1996

Sentence: 24 months Bureau of Prisons, 12 months supervised release, mandatory drug screening, substance abuse treatment, $14,310.21 restitution, and $100 special assessment

**Revocation:** On May 25, 2007, the defendant's supervision was revoked, and he was sentenced to 24 months imprisonment in the Bureau of Prisons to be followed by one year of supervised release.

Type of Supervision: Supervised release    Date Supervision Commenced: February 12, 2009
                                            Expiration Date: February 11, 2010

Asst. U.S. Attorney: Dan Stripling           Defense Attorney: Jenniffer Horan

U.S. Probation Officer: Tiffani D. Dabney
Phone No.: 870-534-8482

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall undergo a mental health evaluation, as directed by the U.S. Probation Office, and undergo treatment as deemed necessary.

> During a telephone conversation on March 10, 2009, Federal Public Defender Jenniffer Horan, stated she explained the modification to the defendant and that neither she nor the defendant have any objections to the modification. On March 10, 2009, Mr. Walker signed Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Derrick Wayne Walker  Case Number: 4:96CR00048-001 WRW

## CAUSE

Based on a personal assessment of the defendant's behavior and information attained via collateral contacts, it has been determined that a mental health evaluation will assist in assessing if the defendant is in need of mental health treatment.

_____  _____
Tiffani D. Dabney                 Dan Stripling
U.S. Probation Officer            Assistant U.S. Attorney

Date: March 10, 2009              Date: March 20, 2009

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/23/2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____ TDD
Supervising U.S. Probation Officer

TDD

Prob 12B            -3-            Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Derrick Wayne Walker      Case Number: 4:96CR00048-001 WRW

c: Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Dan Stripling, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Witness: _[signature]_
U.S. Probation Officer

Signed: X _[signature]_
Probationer or Supervised Releasee

3-10-09
DATE

_[signature]_
Jenniffer Horan
Federal Defender

3·20·09
Date